UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1241 ADM/AJB

Target Stores, a division of Target Corporation, a Minnesota corporation

PLAINTIFF,

vs.

**ORDER OF RECUSAL**

MicroTouch Systems, Inc., a Massachusetts corporation,

DEFENDANT.

---

The above-titled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

Dated: May 22, 2000.

FILED MAY 23 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Case reassigned to Chief Judge Paul A. Magnuson
and
Magistrate Judge Jonathan G. Lebedoff

NEW CASE NUMBER 00-1241 PAM/JGL

Use this case number for all further filings.