UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-1241 P.AM/SRN

Target Stores, a division of
Target Corporation, a Minnesota
corporation,

Plaintiff,

v.

ORDER OF RE CUSAL

Micro Touch Systems, Inc.
a Massachusetts corporation,

Defendant and Third-Party
Plaintiff,

v.

ETC Group a/k/a Fair Electronics Co. LTD., a
Taiwanese corporation, Wang Global, a
Massachusetts corporation, Getronics Wang
Co. LLC, a Dutch corporation, and Bishop
Fixture & Millwork, Co. a Minnesota
corporation.

Third-party Defendants.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

SEP 22 2000

FILED ____________________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. __________
Deputy Clerk's Initials ______

DATED: September 22, 2000.

SUSAN RICHARD NELSON
United States Magistrate Judge

Target Stores v. Micro Touch CIVIL 001241 PAM/SRN

Magistrate Judge Noel is now the Magistrate on this case.