UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Target Stores,

Plaintiff,

v.

Microtouch Systems, Inc.,

Defendant and
Third Party Plaintiff,

v.

ETC Group, Wang Global, et al.,

Third Party Defendants.

Civil 00-1241 PAM/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Sept 26, 2000.

Franklin L Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 9 26 00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Target Stores v. Microtouch 00-1241 PAM/JGL

Magistrate Judge Lebedoff is now the magistrate on this case.