IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Target Stores, a division of Target Corporation, a Minnesota corporation,

Plaintiff,

Court File No.: 00CV1241 PAM/~~SRN~~ FLN JGL

v.

MicroTouch Systems, Inc. a Massachusetts corporation,

Defendant and Third-party Plaintiff

v.

ETC Group a/k/a Fair Electronics Co. LTD., a Taiwanese corporation, Wang Global, a Massachusetts corporation, Getronics Wang Co. LLC, a Dutch corporation, and Bishop Fixture & Millwork, Co., a Minnesota corporation.

Third-party Defendants.

---

STIPULATION AND ORDER FOR EXTENSION OF TIME

Defendant and Third-party Plaintiff MicroTouch Systems, Inc. and Third-party Defendants Wang Global and Getronics Wang Co. LLC, through their respective counsel of record, stipulate

SEP 28 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

that the time for said Third-party Defendants to move, answer or otherwise plead to the Third-party Complaint may be extended up to and including October 6, 2000.

Respectfully submitted,

George F. McGunnigle (# 70701)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1557
Counsel for Third-party Defendants Wang Global and Getronics Wang Co. LLC.

9/19/00

David M. Reddan (# 270167)
ARTHUR CHAPMAN KETTERING SMETAK AND PIKALA
81 South Ninth Street
Minneapolis, MN 55402
(612) 339-3500
Counsel for Defendant and Third-party Plaintiff MicroTouch Systems, Inc.

So Ordered:

JONATHAN LEBEDOFF
United States Magistrate Judge