IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Target Stores, a division of Target Corporation, a Minnesota corporation,

Plaintiff,

vs.

MicroTouch Systems, Inc., a Massachusetts corporation,

Defendant and Third-Party Plaintiff,

vs.

ETC Group a/k/a Fair Electronics Co. LTD., a Taiwanese corporation, Wang Global a Massachusetts corporation, GetronicsWang Co. LLC, a Dutch corporation, and Bishop Fixture & Millwork, Co., a Minnesota Corporation.

Third-Party Defendants.

Civil Act on No.
00CV1241 PAM/JGL

---

**STIPULATION OF PARTIES TO ALLOW DEFENDANT AND THIRD-PARTY PLAINTIFF MICROTOUCH SYSTEMS, INC. TO AMEND ITS PLEADINGS PURSUANT TO FED.R.CIV.P. 15(a)**

FILED NOV 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

The parties through their respective counsel of record, stipulate that Defendant and Third-party Plaintiff MicroTouch Systems, Inc. may amend its pleadings to add Viewmagic, Inc. as a direct defendant in the above entitled action and to amend its pleading to restate the allegations against ETC Group that it does business in the United States with its principal place of business in Fremont, California.

Respectfully submitted,

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

Thomas A. Forker

Lindsay G. Arthur, Jr. (#327X)
Thomas A. Forker (#246682)
David M. Reddan (#0270167)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500
*Attorneys for Defendant and Third-Party Plaintiff MicroTouch Systems, Inc.*

FAEGRE & BENSON L.L.P.

Brian Melendez

John B. Gordon (#36237)
Brian Melendez (#223633)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3447
*Attorneys for Plaintiff Target Stores*

LEONARD, STREET AND DEINARD

James G. Bullard (#1232497071)
Tracey L. Baubie (#0224625)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1557
*Attorneys for Third-Party Defendant Wang Global and Getronics Wang Co. LLC*

CONLEY, PETERSON, BORGESON

Gay B. Urness (#011853)
2550 University Avenue West
Suite 220 S. - Court International
St. Paul, MN 55114
(651) 603-1510
*Attorneys for Third-Party Defendant Bishop Fixture & Millwork, Co.*

So Ordered: ______________________
Jonathan Lebedoff
United States Magistrate Judge