**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION**

| | |
|---|---|
| Target Stores, a division of Target Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MicroTouch Systems, Inc. a Massachusetts corporation,<br><br>Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>Fair Electronics Co. Ltd. a/k/a ETC. Group, a Taiwanese corporation, Viewmagic, Inc. a/k/a ETC Computer, Inc., a California corporation, Wang Global, a Delaware corporation, Getronics Wang Co. LLC, a Delaware limited liability company, and Bishop Fixture & Millwork, Co., a Minnesota corporation,<br><br>Third-Party Defendants. | Court File No: 00CV1241PAM/JGL<br><br>**ORDER** |

Based upon the Stipulation of Defendant and Third-Party Plaintiff MicroTouch Systems, Inc. with Third-Party Defendant Fair Electronics Co. Ltd. ("Fair") and Third-Party Defendant Viewmagic, Inc. ("Viewmagic"),

**IT IS HEREBY ORDERED** that Fair and Viewmagic are granted an extension of time to and including December 15, 2000 to answer, move or otherwise plead in response to the Amended Third-Party Complaint in the above-referenced action.

BY THE COURT

Dated: December 14, 2000

Paul A. Magnuson
Judge of U.S. District Court

FILED DEC 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

288723v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Target Stores, a division of Target Corporation, a Minnesota corporation,

Plaintiff,

vs.

MicroTouch Systems, Inc. a Massachusetts corporation,

Defendant and Third-Party Plaintiff,

vs.

Fair Electronics Co. Ltd. a/k/a ETC. Group, a Taiwanese corporation, Viewmagic, Inc. a/k/a ETC Computer, Inc., a California corporation, Wang Global, a Delaware corporation, Getronics Wang Co. LLC, a Delaware limited liability company, and Bishop Fixture & Millwork, Co., a Minnesota corporation,

Third-Party Defendants.

Court File No: 00CV1241PAM/JGL

**STIPULATION**

Third Party Plaintiff MicroTouch Systems, Inc. and Third Party Defendants Fair Electronics Co. Ltd. ("Fair") and Viewmagic, Inc. ("Viewmagic"), through their respective undersigned attorneys, hereby stipulate to the entry of an Order, in the form attached hereto as Exhibit A, extending the time period for Fair and Viewmagic to answer, move, or otherwise plead in response to the Amended Third Party Complaint to and including December 15, 2000.

Dated: 12/13/00

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

By:______________________

Jospeh M. Sokolowski
Attorney I.D. 178366
David A. Orenstein
Attorney I.D. 121447
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
612/333-2111

Attorneys for Fair Electronics Co., Inc. and Viewmagic, Inc.

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

By:______________________

Lindsay G. Arthur, Jr., No. 327X
Thomas A. Forker, No. 246682
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
(612) 339-3500

Attorneys for Defendant MicroTouch Systems, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

| | | |
|---|---|---|
| Target Stores, a division of Target Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MicroTouch Systems, Inc. a Massachusetts corporation,<br><br>Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>Fair Electronics Co. Ltd. a/k/a ETC. Group, a Taiwanese corporation, Viewmagic, Inc. a/k/a ETC Computer, Inc., a California corporation, Wang Global, a Delaware corporation, Getronics Wang Co. LLC, a Delaware limited liability company, and Bishop Fixture & Millwork, Co., a Minnesota corporation,<br><br>Third-Party Defendants. | ) | Court File No: 00CV1241PAM/JGL<br><br><br><br>**ORDER** |

---

Based upon the Stipulation of Defendant and Third-Party Plaintiff MicroTouch Systems, Inc. with Third-Party Defendant Fair Electronics Co. Ltd. ("Fair") and Third-Party Defendant Viewmagic, Inc. ("Viewmagic"),

**IT IS HEREBY ORDERED** that Fair and Viewmagic are granted an extension of time to and including December 15, 2000 to answer, move or otherwise plead in response to the Amended Third-Party Complaint in the above-referenced action.

BY THE COURT

Dated: ______________________ ________________________________

Paul A. Magnuson
Judge of U.S. District Court

EXHIBIT
A

288723v1