IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No.: 00CV1241PAM/JGL

Target Stores, a division of Target Corporation, a Minnesota corporation,

Plaintiff,

vs.

MicroTouch Systems, Inc., a Massachusetts, corporation,

Defendant and Third-Party Plaintiff,

vs.

Fair Electronics Co. Ltd. a/k/a ETC Group, a Taiwanese corporation, Viewmagic, Inc. a/k/a ETC Computer, Inc., a California corporation, Wang Global, a Delaware corporation, GetronicsWang Co. LLC, a Delaware limited liability company, and Bishop Fixture & Millwork, Co., a Minnesota Corporation.

Third-Party Defendants.

**ORDER TO APPOINT SPECIAL PROCESS SERVICE TO SERVE A CORPORATION IN A FOREIGN COUNTRY**

**IT IS HEREBY ORDERED,**

That APS International, Ltd. is appointed Special Process Server for the purpose of serving process on the third-party defendant, Fair Electronics Co. Ltd. a/k/a ETC Group, in Taiwan by delivering a copy of the third-party summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the third-party defendant.

Dated: JAN. 3, 2001

JUDGE

FILED JAN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK