RECEIVED
BY MAIL
MAY - 4 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-1241 PAM/JGL

**Affidavit of Movant**

I, David A. Orenstein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kevin Bedola, an attorney admitted to practice in the ________ District of ________, but not admitted to the bar of this court, who will be counsel for the( )plaintiff (X)defendant Fair Electronics* in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

* Co., Ltd. and ViewMagic, Inc.

Signature: [signature] Date: 4-23-2001

Minnesota Attorney License Number: 121447

Law Firm Name & Address: Parsinen Kaplan Rosberg & Gotlieb P.A.
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402

Telephone: (612) 333-2111 Fax: (612) 333-6798

**Affidavit of Proposed Admittee**

I, Kevin C. Bedolla, am currently a member in good standing of the U.S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Kevin C. Bedolla Signature: [signature] Date: 4-30-01

Attorney License Number: 074132

Law Firm Name & Address: Clayton & McEvoy, P.C.
333 West Santa Clara Street, Suite 950
San Jose, CA 95113-1721

Telephone: (408) 293-9100 Fax: (408) 293-4172

Case Number: 00-1241 Judge Assigned: Paul A. Magnuson
Case Title: Target Stores v. Fair Electronics Co., Ltd., et al

Motion Granted: [signature]
For the Court, Francis E. Dosal, Clerk

Date: MAY 04 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

FILED MAY 04 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

12/97