UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Target Stores, a division of Target Corporation,

Plaintiff,

vs.

MicroTouch Systems, Inc.,

Defendant and Third-Party Plaintiff,

vs.

ETC Group, a/k/a Fair Electronics Co., Ltd.; et al.

Third-Party Defendants.

No. 00-CV-1241 PAM/JGL

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The undersigned attorneys, on behalf of Plaintiff Target Corporation, Third-Party Defendant Wang Global Corporation, Third-Party Defendant and Counter-Claimant GetronicsWang Co., LLC., Third-Party Defendant Bishop Fixture & Millwork Co., and Defendant and Third-Party Plaintiff 3M Touch Systems, Inc., formerly known as MicroTouch Systems, Inc., stipulate that the following claims in the above-captioned lawsuit have been fully settled and compromised and shall be dismissed with prejudice with each party bearing its own attorneys' fees, expenses and costs: (1) Target Corporation's Complaint and all claims set forth in its Complaint; (2) all third-party claims of 3M Touch Systems, Inc., against GetronicsWang Co., LLC., Wang Global Corporation and Bishop Fixture & Millwork Co.; (3) all counterclaims of GetronicsWang

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Co., LLC.; and (4) all cross-claims and/or counterclaims of 3M Touch Systems, Inc., against Target Corporation and Bishop Fixture & Millwork, Co. All rights of appeal are waived as to the above-listed claims. 3M Touch Systems, Inc., specifically reserves and does not dismiss any claims against Fair Electronics Co., Ltd., a/k/a ETC Group, ETC Group, and Viewmagic, Inc., in the above-captioned matter.

DORSEY & WHITNEY

DATED: 10·31·01

Kristin S. Westgard

William Stoeri, Esq. (140880)
Kristin S. Westgard, Esq. (271354)
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant and Third-Party Plaintiff 3M Touch Systems, f/k/a MicroTouch Systems, Inc.

FAEGRE & BENSON LLP

DATED: NOV 1 2001

Brian Melendez

Brian Melendez, Esq. No. 223633
2200 Wells Fargo Center
~~90 South Sixth Street~~ 90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) ~~336-3932~~ 766.7309

Attorneys for Plaintiff Target Corporation

LEONARD STREET AND DEINARD

DATED: 10/30/01

Jennifer Wilson, Esq.
Suite 2300
150 South Fifth Street
Minneapolis, MN 55402
Phone: 612-335-1500

Attorneys for Third-Party Defendant and Counter-Claimant GetronicsWang, LLC., and Third-Party Defendant WangGlobal Corporation

CONLEY & BORGESON

DATED: 11/2/01

Gay Urness, Esq.
2550 University Avenue W.
Suite 220 S. – Court International
St. Paul, MN 55114

Attorney for Third-Party Defendant Bishop Fixture & Millwork Co.

**ORDER**

Based on the Stipulation of the parties,

**IT IS HEREBY ORDERED,** that the following claims in the above-captioned lawsuit are dismissed with prejudice:

(1) Target Corporation's Complaint and all claims set forth in its Complaint;

(2) All third-party claims of 3M Touch Systems, Inc., against GetronicsWang Co., LLC., Wang Global Corporation and Bishop Fixture & Millwork Co.;

(3) All counterclaims of GetronicsWang Co., LLC.; and

(4) All cross-claims and/or counterclaims of 3M Touch Systems, Inc., against Target Corporation and Bishop Fixture & Millwork Co.

Each party shall bear its own attorneys' fees, expenses and costs related to the dismissed claims.

BY THE COURT:

Dated November 5, 2001.

Paul A. Magnuson
United States District Court Judge