UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Target Stores, a division of Target Corporation,

Plaintiff,

vs.

MicroTouch Systems, Inc.,

Defendant and Third-Party Plaintiff,

vs.

ETC Group, a/k/a Fair Electronics Co., Ltd.; et al.

Third-Party Defendants.

No. 00-CV-1241 PAM/JGL

**STIPULATION, MOTION AND ORDER AMENDING PRETRIAL SCHEDULE**

The undersigned attorneys, representing all the remaining parties in the above-captioned action, jointly move this Court by this stipulation for an order enlarging all of the dates and deadlines in the Pretrial Schedule of June 5, 2001 by six months. The Third-Party Defendants do not waive any defenses based upon lack of personal jurisdiction by joining in this stipulation and motion. The parties make their motion on the following grounds:

1. All claims in the above-captioned matter, with the exception of Defendant and Third-Party Plaintiff 3M TouchSystems, Inc., (3M TouchSystems) f/k/a MicroTouch Systems, Inc. claims against the Third-Party Defendants ETC Group a/k/a Fair Electronics Co., Ltd., ("ETC Group") and Viewmagic, Inc., ("Viewmagic"), have been

FILED JAN 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

settled and were dismissed with prejudice by Judge Magnuson on November 6, 2001. Pursuant to that settlement, 3M TouchSystems' insurer is subrogated to 3M TouchSystems' claims against ETC Group and Viewmagic.

2. 3M TouchSystems, its insurer, ETC Group and Viewmagic have engaged in settlement discussions since the resolution of the other claims in the action and anticipate engaging in further settlement discussions.

3. The Third-Party Defendants ETC Group and Viewmagic have provided certain information and documents regarding their financial and corporate structure and have agreed provide certain additional information and documents regarding their financial and corporate structure in order to facilitate settlement of the remaining claims. ETC Group and Viewmagic will produce such additional information and documents shortly to 3M TouchSystems and its insurer shortly.

4. 3M TouchSystems, its insurer, ETC Group and Viewmagic anticipate that they will conclude their settlement discussions promptly upon completion of the outstanding financial and corporate structure discovery. If the parties are unable to promptly resolve the remaining claims by settlement, the remaining claims in the above-captioned litigation can be completed within deadlines established pursuant to a six-month extension of the June 5, 2001 Pretrial Schedule. Alternatively, 3M TouchSystems may seek to transfer the remaining claims to United States District Court in the State of Massachusetts. A proposed order setting forth the new deadlines under the proposed six-month extension is set forth below.

For these reasons, all the remaining parties jointly request that this Court extend the deadlines in the Pretrial Schedule dated June 5, 2001 by six months as set forth in the proposed order below.

DATED: 1-2-02

DORSEY & WHITNEY LLP

Kristin S. Westgard

William Stoeri, Esq. (140880)
Kristin S. Westgard, Esq. (271354)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Third-Party Plaintiff 3M Touch Systems, f/k/a MicroTouch Systems, Inc.

DATED: 12-26-01

PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.

Joseph M. Sokolowski (178366)
David A. Orenstein (121447)
110 South Fifth Street, Suite 1100
Minneapolis, MN 55402

Attorneys for Third-Party Defendants ETC Group a/k/a Fair Electronics Co., Ltd. and Viewmagic, Inc.

**AMENDED PRETRIAL SCHEDULING ORDER**

Based on the Stipulation of the parties,

**IT IS HEREBY ORDERED** that the dates and deadlines in the Pretrial Schedule of June 5, 2001, are hereby extended by six months as follows:

(1) The period during which the parties may conduct discovery shall terminate on June 3, 2002;

(2) All non-dispositive motions, except motions to amend or add parties, shall be filed and served prior to July 1, 2002;

(3) Third-Party Plaintiff's expert disclosures shall be made on or before March 1, 2002;

(4) Third-Party Defendants' expert disclosures shall be made on or before April 15, 2002;

(5) All dispositive motions shall be filed by September 3, 2002;

(6) This case shall be ready for trial on October 1, 2002, at which time the case will be placed on the court's October trial calendar; and

(7) All other terms of the court's original Pretrial Schedule dated July 10, 2000 as amended on June 5, 2001, are hereby incorporated.

BY THE COURT:

Dated Jan 3, 2002

Honorable Jonathan G. Lebedoff
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500