UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Target Stores, a division of Target Corporation,

Plaintiff,

v.

MicroTouch Systems, Inc.,

Defendant and
Third Party Plaintiff,

v.

ETC Group, a/k/a Fair Electronics Co., Ltd.; et al.

Third-Party Defendants.

Civil File No. 00-CV-1241 PAM/JGL

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE**

The undersigned attorneys, representing all the remaining parties in the above-captioned action, hereby stipulate to extend the expert disclosure deadlines by two weeks. The Third-Party Defendants do not waive any defenses based upon lack of personal jurisdiction by joining in this stipulation. The parties stipulate as follows:

1. Third-Party Plaintiff's expert disclosures shall be made on or before March 15, 2002 and Third-Party Defendant's expert disclosures shall be made on or

MAR 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

before April 29, 2002. All other dates and deadlines under the existing pretrial scheduling order shall remain the same.

Dated: February 28, 2002

DORSEY & WHITNEY LLP

By ______________________
William R. Stoeri #0140880
Kristin S. Westgard #1027071
Thomas L. Nuss #0287453
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant and Third-Party Plaintiff MicroTouch Systems, Inc.

Dated: 3-1, 2002

PARSINEN KAPLAN ROSBERG & GOTLIEB, P.A.

By ______________________
Joseph M. Sokolowski #178366
David A. Orenstein #121447
Suite 1100, 110 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 333-6798

Attorneys for Third-Party Defendants ETC Group a/k/a Fair Electronics Co., Ltd. and Viewmagic, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: March 8, 2002.

______________________
Jonathan G. Lebedoff, Magistrate Judge